# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LEVELT MUSGRAVES,<br><br>        Petitioner,<br><br>v.<br><br>JUDY P. SMITH,<br><br>        Respondent. | Case No. 13-CV-84-JPS<br><br>**ORDER** |

    On January 23, 2013, the petitioner, Levelt Musgraves ("Musgraves"), filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Docket #1). The Court denied that writ on April 10, 2013. (Docket #9).

    Approximately three and a half years later, on September 23, 2016, Musgraves filed a "Motion for Cause to Excuse [Procedural Default]" (Docket #26), which the Court again denied. On November 16, 2016, Musgraves filed yet another motion to "expunge" the Court's previous Order. (Docket #32). As detailed in the Court's previous order (Docket #30), Musgraves has not provided a sufficient bases for reconsideration.

    Additionally, on December 1, 2016, Musgraves filed a motion to appeal without prepayment of the filing fee along with his notice of appeal. (Docket #33, #35). The Court and the Seventh Circuit have already issued orders denying Musgraves a certificate of appealability. (Docket #20, #24). Regardless of indigency, an appellant may not take an appeal in forma pauperis if the district court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915(a)(3). An appeal is not taken in good faith when the court finds that no reasonable person could suppose the appeal to have any merit. *See Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir. 2000).

Here, Mr. Musgraves, again, provides the Court no new basis to escape the conclusions it reached in dismissing the above-titled action. Thus, the Court is obliged to and will deny Mr. Musgraves' motion for leave to appeal without prepayment of the filing fee.

Accordingly,

**IT IS ORDERED** that the petitioner's motion to expunge (Docket #32) be and the same is hereby **DENIED**; and

**It IS FURTHER ORDERED** that the petitioner's motion to appeal without prepayment of the filing fee (Docket #35) be and the same is hereby **DENIED.**

Dated at Milwaukee, Wisconsin, this 5th day of December, 2016.

BY THE COURT:

s/ *J. P. Stadtmueller*
J.P. Stadtmueller
U.S. District Judge